# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Karter Landon,

        Plaintiff

v

City of Flint,
a Municipality

and

Rachel Asbury,

        Defendants
_____/

Case: 5:15-cv-10666
Judge: Levy, Judith E.
MJ: Whalen, R. Steven
Filed: 02-23-2015
CPLT Karter Landon v. City of Flint, et al (dw

## Complaint

I.    Defendants:

    1)    City of Flint, a Municipality

    2)    Rachel Asbury

II.     Statement of Claim — RICO Statute violation
                              Due Process Violations

1)      Defendant City of Flint presented fraudulent sales to attempt to support extremely inflated values for tax years 2009, 2010, and 2011 for the properties listed below, for the purposes of fraudulently over-assessing said properties to collect far more taxes than should have been owing. Rachel Asbury upheld said valuations based on these fraudulent sales and made other excuses to ignore all relevant evidence, purposefully ignoring all real sales presented by Plaintiff which supported far lesser values.

2)      Plaintiff has a Federally-Protected right to own land. Defendants attempted to take or condemn said land by lying about the lands' value and assessing ad-valorem taxes which taxes exceed the value of said land.

3)      Defendants violated Plaintiff's right to due process by:

   a)   Holding a sham hearing at which hearing Plaintiff had no chance of winning.

   b)   Refusing Plaintiff the Federally-Protected right to a jury trial.

4)      Defendants held that the six properties below were worth a cumulative total of $ 117,600.00. A subsequent hearing was held at which the hearing official was not in collaboration with defendant City of Flint, at which hearing the total cumulative value of the six properties was found to be only $ 21,200.

III.    Relief

Plaintiff requests this court either

1)      enter an order against Defendant City of Flint barring the Municipality from foreclosing on said subject properties based on the fraudulent values presented by said Defendants, (as well ordering those true cash and SEV values be set at Constitutionally reasonable values which Plaintiff could obtain for said properties)

or

2)      enter an order against Defendants jointly and severally for monetary damages due to Plaintiff's loss of said properties which Plaintiff could not sell for the amounts Defendants falsely claimed they were worth totaling $ 117,600.00.

IV.     Additional Information

This suit involves the following properties in the City of Flint:

1113 Vermilya
2021 Nebraska
1825 Maryland
1538 Montana
1437 Indiana
1420 Dakota

V.      Plaintiff requests a trial by Jury.

Dated: 2-23-15

*[signature]*
Plaintiff's Signature

Karter Landon
Plaintiff's Printed Name

5101 Auker Dr.
Street Address

Flint MI 48507
City, State, Zip Code

810-252-9335
Telephone Number

alandlord@hotmail.com
E-mail Address

## CIVIL COVER SHEET

County in which action arose **Genesee**

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Karter Landon

### DEFENDANTS
City of Flint, a Municipality, Rachel Asbury

**(b)** County of Residence of First Listed Plaintiff **Genesee**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Genesee**
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 5:15-cv-10666
Judge: Levy, Judith E.
MJ: Whalen, R. Steven
Filed: 02-23-2015
CPLT Karter Landon v. City of Flint, et al (dw

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **RICO**
Brief description of cause: Defendants colluded to over-assess properties of Plaintiff.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **117,600.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE
DOCKET NUMBER

DATE **2-23-15**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

...SUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes    ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes    ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____